UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------- x   No. 78-C-85
IN RE:                  (60 CR 147)

   CARMINE J. PERSICO, JR.
                        Memorandum of Decision
------------------- x         and Order

MISHLER, CH. J.         February 10, 1978

     The motion to disqualify the undersigned is denied with leave to renew upon filing a petition sufficient on its face, and it is

     SO ORDERED.

                                   *[signature]*
                                   U. S. D. J.